UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MENDIOLA,<br><br>　　　　　Petitioner,<br><br>v.<br><br>W.J. SULLIVAN, Warden,<br><br>　　　　　Respondent. | Case No. 07-CV-0130-W (JMA)<br><br>**REPORT AND RECOMMENDATION BY UNITED STATES MAGISTRATE JUDGE REGARDING RESPONDENT'S MOTION TO DISMISS PETITION** |

　　Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus on January 19, 2007. [Doc. No. 1] The Court dismissed the Petition without prejudice and with leave to amend on February 6, 2007. [Doc. No. 3] Thereafter, Petitioner filed a First Amended Petition on April 26, 2007 (nunc pro tunc to April 19, 2007). [Doc. No. 10] The First Amended Petition raises a single ground for relief: that Petitioner's Sixth Amendment right to trial by jury was violated when the trial court imposed an upper term sentence based upon judicial fact-finding by a preponderance of the evidence, citing <u>Apprendi v.</u>

New Jersey, 530 U.S. 466 (2000) and People v. Black, 35 Cal.4th 1238 (2005).  (First Amended Petition at 6 and Appendix "A.")

On July 5, 2007, Respondent filed a Motion to Dismiss the Petition (the "Motion"), which appears to contend that Petitioner has not exhausted available state remedies regarding the five (5) grounds for relief raised in the original Petition, but does not address the single ground raised in the First Amended Petition. [Doc. No. 18]  The First Amended Petition was filed prior to the Court's Order Requiring Response to Petition [Doc. No. 14, filed May 8, 2007), and the Court docket indicates that the First Amended Petition was served on the office of Respondent's counsel.  More than two months after the First Amended Petition was filed, Respondent filed the Motion, and it fails to address the First Amended Petition.

Accordingly, the undersigned magistrate judge finds and recommends that the Motion should be DENIED as mooted by Petitioner's filing of the First Amended Petition.

This Report and Recommendation is submitted to the Honorable Thomas J. Whelan, United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).

**IT IS ORDERED** that no later than **October 12, 2007** any party may file written objections with the Court and serve a copy on all parties. The document should be captioned "Objections to Report and Recommendation."

**IT IS FURTHER ORDERED** that any reply to the objections shall be served and filed no later than **October 26, 2007**.  The parties are advised that failure to file objections within the specified time may waive the right to raise those objections on appeal of

the Court's order.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATED:   September 24, 2007

_____
Jan M. Adler
U.S. Magistrate Judge