```
FILED
2008 JUL -1 PM 3: 47
CLERK US DI...
SOUTHERN DISTRICT C. CALIFORNIA

BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MENDIOLA,<br><br>　　　　　　　　Petitioner,<br>vs.<br><br>W.J. SULLIVAN, Warden,<br><br>　　　　　　　　Respondent. | CASE NO. 07-CV-0130 W (JMA)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING WITH PREJUDICE HABEAS CORPUS PETITION (Doc. No. 24) |

　　　　On January 19, 2007 Petitioner Michael Mendiola ("Petitioner"), a state prisoner proceeding *pro se*, filed a habeas corpus petition seeking relief under 28 U.S.C. § 2254. (Doc. No. 1.) On February 6, 2007 the Court dismissed the petition without prejudice and with leave to amend. (Doc. No. 3.) On April 26, 2007 (*nunc pro tunc* to March 19, 2007) Petitioner filed a First Amended Petition ("Petition"), which only argued a single ground for relief. (Doc. No. 10.) On July 5, 2007 Respondent W.J. Sullivan ("Respondent") filed a motion to dismiss, apparently against the original petition. On November 29, 2007 the Court adopted Magistrate Judge Adler's Report and Recommendation that Respondent's motion be denied as moot, and denied Respondent's motion to dismiss. (Doc. No. 20.) Magistrate Judge Adler then ordered Respondent to answer or move to dismiss the amended Petition. (Doc. No. 21.) Magistrate Judge Adler also ordered Petitioner to file an opposition or traverse, depending on Respondent's course of action. (*Id.*)

On January 16, 2008 Respondent filed an Answer to the amended Petition. (Doc. No. 22.) Petitioner did not file a traverse, nor did he ask for an extension of time in which to do so.

On April 24, 2008 Magistrate Judge Adler issued his Report and Recommendation ("Report") recommending that Petitioner's amended Petition be dismissed with prejudice. (Doc. No. 19.) The Report also ordered that any objections were to be filed by May 27, 2008, and any replies filed by June 10, 2008. To date, no objections have been filed by either party, nor has there been any requests by either party for additional time in which to file any objections.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (holding that 28 U.S.C. 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made, but not otherwise*") (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Arizona 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's Report). This rule of law is well established within the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005) ("Of course, de novo review of a R & R is **only** required when an objection is made to the R & R.") (emphasis added) (citing Renya-Tapia, 328 F.3d 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopted Report without review because neither party filed objections to the Report despite the opportunity to do so, "accordingly, the Court will adopt the Report and Recommendation in its entirety."); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

The Court therefore accepts Judge Adler's recommendation, and **ADOPTS** the

Report in its entirety. For the reasons stated in the Report, which is incorporated herein by reference, the Court **DISMISSES WITH PREJUDICE** Petitioner's amended Petition. (Doc. Nos. 10, 24.)

**IT IS SO ORDERED.**

DATE: July 1, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California